# First District Court of Appeal
## State of Florida

———————————————————

No. 1D18-4563

———————————————————

Dayshon Davaris Brown,

Appellant,

v.

State of Florida,

Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

June 11, 2019

Per Curiam.

Affirmed.

Wolf, Wetherell, and Makar, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Dayshon Davaris Brown, pro se, Appellant.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.